```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 06 B 06384
   ALLECIA L DIXON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX


         Debtor
   SSN XXX-XX-9299


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/02/2006 and was confirmed 08/21/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/10/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  CURRENT MORTG         .00           .00            .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE         .00           .00            .00
HSBC MORTGAGE SERVICES    CURRENT MORTG         .00           .00            .00
HSBC MORTGAGE SERVICES    MORTGAGE ARRE      452.78           .00            .00
ARONSON FURNITURE         SECURED           2968.00        152.31        1160.09
ARONSON FURNITURE         UNSECURED          330.10           .00            .00
CITIFINANCIAL AUTO CREDI  SECURED          36764.59       3466.28        5809.56
AMERICASH LOANS LLC       UNSECURED         5411.27           .00            .00
CAPITAL ONE               UNSECURED         2547.85           .00            .00
CAPITAL ONE               UNSECURED          535.99           .00            .00
CAPTAL ONE                UNSECURED        NOT FILED          .00            .00
CAPTAL ONE                UNSECURED        NOT FILED          .00            .00
CB USA                    UNSECURED           81.00           .00            .00
CENTRIX FINANCIAL LLC     UNSECURED        13396.38           .00            .00
CITIBANK NA               UNSECURED        NOT FILED          .00            .00
COMMONWEALTH EDISON       UNSECURED          738.10           .00            .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED          .00            .00
CREDIT ONE BANK           UNSECURED        NOT FILED          .00            .00
LVNV FUNDING LLC          UNSECURED          477.18           .00            .00
JC PENNY                  UNSECURED        NOT FILED          .00            .00
GE MONEY/SAM'S            UNSECURED         1481.32           .00            .00
GREGORY EMERGENCY PHYSIC  UNSECURED        NOT FILED          .00            .00
SULLIVAN UR               UNSECURED        NOT FILED          .00            .00
NEXTEL COMMUNICATION      UNSECURED        NOT FILED          .00            .00
NICOR GAS                 UNSECURED         1408.00           .00            .00
NICOR GAS                 UNSECURED        NOT FILED          .00            .00
RADIOLOGY IMAGING CONSUL  UNSECURED        NOT FILED          .00            .00
ST FRANCIS HOSPITAL & HE  UNSECURED        NOT FILED          .00            .00
UNIVERSITY OF CHICAGO HO  UNSECURED        NOT FILED          .00            .00
CITIFINANCIAL AUTO CREDI  UNSECURED        NOT FILED          .00            .00
FINGERHUT                 UNSECURED         1259.61           .00            .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       11.25           .00          11.25

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 06384 ALLECIA L DIXON
```

```
ISAC                        UNSECURED         28467.05             .00              .00
HSBC MORTGAGE SERVICES      FILED LATE        15556.88             .00              .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY        2,955.00                        2,036.59
TOM VAUGHN                  TRUSTEE                                               751.92
DEBTOR REFUND               REFUND                                              1,488.45
```

Summary of Receipts and Disbursements:

```
                            RECEIPTS              DISBURSEMENTS

TRUSTEE                    14,876.45

PRIORITY                                                 11.25
SECURED                                               6,969.65
    INTEREST                                          3,618.59
UNSECURED                                                  .00
ADMINISTRATIVE                                        2,036.59
TRUSTEE COMPENSATION                                    751.92
DEBTOR REFUND                                         1,488.45
                          ---------------        ---------------
TOTALS                     14,876.45                 14,876.45
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE